IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:12cr38HSO-JMR

STEPHEN D. WILLIAMS  18 U.S.C. § 1341

**The Grand Jury charges:**

At all times material to this indictment:

1. As a result of the fire, explosion, and release of oil from the Deepwater Horizon oil rig in the Gulf of Mexico on or about April 20/21, 2010 ("the Deepwater Horizon Oil Spill"), the National Pollution Fund Center ("NPFC") of the United States Coast Guard issued a letter of designation to BP Exploration and Production, Inc. ("BP") designating it as a Responsible Party under the Oil Pollution Act ("OPA") and advising BP of the requirements under OPA to advertise for and receive claims as a result of the Deepwater Horizon Oil Spill. On or about May 3, 2010, BP accepted this designation in writing, acknowledging its requirement to advertise for and receive claims related to the the Deepwater Horizon Oil Spill.

2. The NPFC was notified subsequently that starting on August 23, 2010, the Gulf Coast Claims Facility ("GCCF") would begin receiving and processing all claims by individuals and businesses that had been impacted by the Deepwater Horizon Oil Spill.

3. In or about June 2010, BP established the GCCF for the purpose of administering, processing, and settling certain claims of individuals and businesses for costs, damages, and other losses incurred as a result of the Deepwater Horizon Oil Spill. The GCCF was administered by a fund administrator responsible for decisions relating to the administration,

1

processing, and payment of claims by the GCCF. On or about August 23, 2010, the GCCF began receiving and processing such claims related to the Deepwater Horizon Oil Spill.

4. On August 6, 2010, BP established the Deepwater Horizon Oil Spill Trust, an irrevocable common law trust, to receive and to distribute funds that BP promised to provide for the payment of certain types of claims, costs, and expenses, including, but not limited to, those resolved by the GCCF.

5. To seek payment from the GCCF for damages incurred as a result of the Deepwater Horizon Oil Spill, an individual or business is required to complete a GCCF Claim Form. The individual or business may submit the form through the internet, by visiting the GCCF website, in person at a GCCF Claims Site Office, by fax, or by mail through the United States Postal Service or a private or commercial interstate carrier to the GCCF Claims Facility in Dublin, Ohio. As part of the claim application, the individual or business seeking payment for damages must elect to receive payment by wire transfer directly into the claimant's bank account (or account of their counsel) or by check.

## COUNTS 1 - 2

6. From on or about September 27, 2010 through on or about April 20, 2011, in Harrison County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **STEPHEN D. WILLIAMS**, aided and abetted by others known and unknown to the Grand Jury, intentionally devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and in furtherance thereof, did use and cause to be used the U.S.

Mails and private or commercial interstate carriers for the purpose of executing the scheme and attempting to do so.

7. To accomplish his fraudulent purposes, the defendant, **STEPHEN D. WILLIAMS**, aided and abetted by others known and unknown to the Grand Jury, submitted to the GCCF a GCCF Claim Form and other documents, in which the defendant knowingly and willfully made or caused to be made a false and fraudulent material statement or representation, in that the defendant represented that he lost earnings and profits from employment at JM Fresh Seafood, Inc. as a result of the Deepwater Horizon Oil Spill, when in truth and in fact the defendant, **STEPHEN D. WILLIAMS**, did not lose earnings and profits from employment at JM Fresh Seafood, Inc. as a result of the Deepwater Horizon Oil Spill.

8. On or about the dates set forth below, in the Southern District of Mississippi and elsewhere, the defendant, **STEPHEN D. WILLIAMS**, aided and abetted by others known and unknown to the Grand Jury, for the purpose of carrying out this scheme and artifice to defraud and attempting to do so, knowingly caused to be sent or delivered by the United States Postal Service and private and commercial interstate carriers certain items, each item constituting a separate count herein as follows:

| COUNT | ITEM | DATE (On or about) | AMOUNT |
|---|---|---|---|
| 1 | Check #101787 | October 29, 2010 | $19,200.00 |
| 2 | Check #377305 | April 20, 2011 | $41,386.82 |

In violation of Section 1341 and 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code, and Section 2461, Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/signature redacted

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 9th day of May, 2012.

UNITED STATES MAGISTRATE JUDGE

4